1  TIMOTHY COURCHAINE
   United States Attorney
2  District of Arizona
   FERNANDA MUNOZ
3  Special Assistant U.S. Attorney
   United States Courthouse
4  405 W. Congress Street, Suite 4800
   Tucson, Arizona 85701
5  Telephone: 520-620-7300
   Attorneys for Plaintiff
6

☒ FILED   ☐ LODGED

**Dec 08 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

7           IN THE UNITED STATES DISTRICT COURT
8             FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Silvia Victoria Arriaga-Ruano,<br><br>　　　　Defendant. | CR 25 05316-EJM<br><br>**I N F O R M A T I O N**<br><br>Violation:<br><br>19 U.S.C. §§ 1459(a), (e)(1), & (g)<br>(Reporting Requirements for Individuals)<br>(Class A Misdemeanor) |

THE UNITED STATES ATTORNEY CHARGES:

On or about December 7, 2025, in the District of Arizona, at or near Lukeville, Arizona, Silvia Victoria Arriaga-Ruano, upon arrival in the United States other than by vessel, vehicle, or aircraft intentionally failed to enter the United States at a border crossing point designated by the Secretary of the Department of Homeland Security or immediately failed to report their arrival and present themselves for inspection to a Customs Officer at a facility designated by immigration officials for that crossing point; all in violation of Title 19, United States Code, Sections 1459(a), (e)(1), & (g), a Class A misdemeanor.

December 8, 2025                TIMOTHY COURCHAINE
                                United States Attorney
                                District of Arizona

                                *(signature)* for

                                FERNANDA MUNOZ
                                Special Assistant U.S. Attorney